UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20587-cr-GRAHAM(s)

FILED by _____ D.C.
MAY 01 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

UNITED STATES OF AMERICA

v.

DANIEL ARNALDO BARRERA-BARRERA,
   a/k/a "Loco Barrera,"
   a/k/a "El Loco,"

   Defendant.
_____/

15 CRIM 492

## CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCING

I, DANIEL ARNALDO BARRERA-BARRERA, Defendant, having been informed that an indictment is pending against me in the above-styled case, wish to plead guilty to the offense charged. I hereby consent, pursuant to Fed. R. Crim. P. 20, to the transfer of this case to the Southern District of New York. I additionally agree to the ultimate disposition of this case in the Southern District of New York, and waive all further proceedings, including trial, in the



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 29 2015

Southern District of Florida.

Dated May 1, 2015

*Daniel Barrera Barrera*
DANIEL ARNALDO
BARRERA-BARRERA

*[signature]*
Ruben Oliva, Esq.
Attorney for BARRERA-BARRERA

*[signature]*
WIFREDO A. FERRER
United States Attorney for the
Southern District of Florida

Approved:

*Preet Bharara*
PREET BHARARA
United States Attorney for the
Southern District of New York